Commonwealth, Appellant, *v.* McCray.

Argued December 11, 1970. *James D. Crawford,* Deputy District Attorney, with him *Martin H. Belsky,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Alvin H. Frankel,* for appellee.

Order affirmed.

Commonwealth *v.* McGarrity, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.